VICTOR H. GRAYMOUNT, Appellant, v. ELSE F. SCHLEMMER et al., Respondents. — Orders and judgments unanimously affirmed, with costs and disbursements to the respondents. The plaintiff upon motion made by the defendant, Else F. Schlemmer, for summary judgment under rule 113 of the Rules of Civil Practice, did not disclose evidentiary facts in his answering affidavits sufficient to entitle him to a trial of the issues. The motion of the defendant, Berdon, to dismiss the second cause of action was properly granted. This cause may not stand alone without the support of the allegations of the first cause. It having been found that the first cause presents no triable issue the second cause does not state facts sufficient to constitute a cause of action. Furthermore, the second cause of action alleges no acts on the part of the defendant, Berdon, that were prejudicial to plaintiff's claimed cause of action to recover on *quantum meruit* as alleged only against the defendant, Schlemmer, in the first cause. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [204 Misc. 667.] [See *post,* p. 1030.]

■

YETTA SAGORSKY et al., Copartners Doing Business under the Name of I. S. SAGORSKY & SON, Respondents, v. B. H. MALYON, as One of the Underwriters at Lloyd's, London, Subscribing Policy No. 49/30726, Appellant.— Judgment reversed, with costs to the appellant; and judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs. The verdict is against the weight of the evidence. The evidence leads inevitably to the conclusion that at the time of the theft there was not " actually in or upon " the vehicle in question " a person whose sole duty it was to attend the vehicle ". Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.; Cohn and Botein, JJ.. dissent and vote to affirm.

■

BERYL DUNCAN, an Infant, by LOUIS HARRIS, Her Guardian ad Litem, Respondent, v. WILLETTE J. DUNCAN, as Administratrix of the Estate of MILES DUNCAN, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present.— Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.; Peck, P. J., and Bastow, J., dissent and vote to reverse and dismiss the complaint in the following memorandum: We think the Statute of Frauds is a bar to this claim and therefore the complaint should be dismissed. We are further of the opinion that there was error in the admission of the testimony of the grandmother contrary to the provisions of section 347 of the Civil Practice Act. A reversal and a new trial would be required on account of that error.

■

In the Matter of BRESWICK & COMPANY, Respondent, against GREATER NEW YORK INDUSTRIES, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 929.]

■

In the Matter of DORISLEE CARR, on Behalf of SUSAN CARR, an Infant, Appellant, against LEWIS B. CARR, Respondent.— Orders unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 1030.]